## BINGHAM v. STATE.
### No. 22121.

Court of Criminal Appeals of Texas.
May 13, 1942.

## BLACKSHEAR v. STATE.
### No. 22122.

Court of Criminal Appeals of Texas.
May 13, 1942

B. R. Reeves, of Palestine, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

Glover Engledow, of Jayton, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

**KRUEGER, Judge.**

The conviction is for unlawfully carrying a pistol. The punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. The

complaint and information appear to be in due form. Hence nothing is presented for review.

. The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.